United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Vice City Marina, LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-23800-Civ-Scola |
| | ) |
| Philippians, LLC, and others, | ) |
| Defendants. | ) |

### Order Adopting Report and Recommendations and Granting Default Judgment

The Court referred Plaintiff Vice City Marina, LLC's (the "Plaintiff") amended motion for the entry of a final default judgment to United States Magistrate Judge Edwin G. Torres for a report and recommendation. On March 18, 2021, Judge Torres issued a report and recommendation, recommending that the Court grant the Plaintiff's motion in part and deny it in part. (R. & R., ECF No. 27.) No objections to the report and recommendation have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 27**) and **grants in part and denies in part** the Plaintiff's motion (**ECF No. 22**) as follows.

The Court **enters judgment** in favor of Plaintiff Vice City Marina, LLC and against Defendants In Personam Defendant, Philippians, LLC (the "Owner") and In Rem Defendant, E/C The Blessing (f/k/a "Richey Rich"), a 2000 45' Sea Ray 410 Express Cruiser, Hull Identification Number SERF8112E000 (the "Vessel"), in the total amount of **$78,513.17** in damages plus prejudgment interest and custodia legis expenses for the Vessel while it is under arrest, $7,878.00 in attorneys' fees, and $4,345.00 in costs, for which sum let execution issue. Further, Plaintiff is authorized to auction the Vessel for sale and use the proceeds to offset the amount owed by Defendant Philippians, LLC to Plaintiff.

The Court directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered** at Miami, Florida, on April 30, 2021.

_____
Robert N. Scola, Jr.
United States District Judge